

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

MELISSA SCHUSTER )
 )
          Plaintiff, )
 )
v. ) Case No.: 1:17-cv-06080
 ) SHAH
KWIKSET CORPORATION, )
a foreign corporation, )
and/or its successors and assigns, )
SPECTRUM BRANDS, INC., )
a foreign corporation, )
THE HOME DEPOT, INC., )
A foreign corporation, and )
LONDALE MADISON )
 )
          Defendants. )

**FILED AUG 25 2017 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT**

### Plaintiff's Notice to Dismissal Without Prejudice

    The Plaintiff, MELISSA SCHUSTER, files this Notice of Dismissal, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), none of the Defendants having filed an Answer or Motion for Summary Judgment.

                                                _____
                                                Kurt D. Lloyd, Plaintiff's Attorney

Kurt D. Lloyd
**LLOYD LAW GROUP, Ltd.**
70 W. Madison St, Ste 1400
Chicago, IL 60602
T: (312) 640-0204
F: (312) 602-3779
**Atty Reg. No. 6190835**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MELISSA SCHUSTER )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KWIKSET CORPORATION, )<br>a foreign corporation, )<br>and/or its successors and assigns, )<br>SPECTRUM BRANDS, INC., )<br>a foreign corporation, )<br>THE HOME DEPOT, INC., )<br>A foreign corporation, and )<br>LONDALE MADISON )<br>)<br>Defendants. ) | Case No.: 1:17-cv-06080 |

## Notice of Filing

PLEASE TAKE NOTICE that the Plaintiff filed on August 25, 2017 Plaintiff's Notice of Dismissal without Prejudice, a copy attached.

### Certificate of Service

The undersigned certifies that on August 25, 2017, this Notice was served by United States mail, postage prepaid, upon counsel of record as identified below:

Andrea Glinka Przybysz
James Hemmings
233 S. Wacker Drive, Ste 6950
Chicago, IL 60606-6309
*Attorneys for Spectrum Brands, Inc.*

Kurt D. Lloyd
**LLOYD LAW GROUP, Ltd.**
70 W. Madison St, Ste 1400
Chicago, IL 60602
T: (312) 640-0204
F: (312) 602-3779
**Atty Reg. No. 6190835**

Kurt D. Lloyd, Plaintiff's Attorney